# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RUSSEL VACCARINO,**
    **Plaintiff,**

v.                          **CASE NO. : 8:24-cv-01578-WFJ-SPF**

**HERON HOUSE ALF, LLC,**
    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Plaintiff, Russel Vaccarino, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, Heron House ALF, LLC, has been resolved.

Dated this 20th day of September, 2024.

                                              Respectfully submitted,

                                              */s/ Brandon J. Hill*
                                              **BRANDON J. HILL**
                                              Florida Bar No: 37061
                                              **HANNAH E. DEBELLA**
                                              Florida Bar No: 1026002
                                              **Wenzel Fenton Cabassa P.A.**
                                              1110 N. Florida Avenue, Suite 300
                                              Tampa, Florida 33602
                                              Main No.: 813-224-0431
                                              Direct No.: 813-337-7992
                                              Facsimile No.: 813-229-8712
                                              Email: bhill@wfclaw.com
                                              Email: hdebella@wfclaw.com
                                              Email: aketelsen@wfclaw.com
                                              **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2024, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**