## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**RUSSEL VACCARINO,**

    **Plaintiff,**

**v.**                                 **CASE NO.: 8:24-cv-01578-WFJ-SPF**

**HERON HOUSE ALF, LLC**

    **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, RUSSEL VACCARINO, and Defendant, HERON HOUSE ALF, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 5th day of November, 2024.

| | |
|---|---|
| JACKSON LEWIS P.C. | WENZEL FENTON CABASSA, P.A. |
| 390 North Orange Avenue, | 1110 North Florida Avenue |
| Suite 1285 | Suite 300 |
| Orlando, Florida 32801 | Tampa, Florida 33602 |
| Telephone: 407-246-8440 | Telephone: 813-224-0431 |
| Facsimile: 407-246-8441 | Facsimile: 813-229-8712 |
| | |
| BY:  /*s/ Amanda A. Simpson* | BY: */s/ Brandon J. Hill* |
|     Amanda A. Simpson |     Brandon J. Hill |
|     Florida Bar Number: 0072817 |     Florida Bar Number: 37061 |
|     E-mail: amanda.simpson@jacksonlewis.com |     E-mail:  bhill@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |